United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIS, et al.<br>*Plaintiffs,*<br><br>V.<br><br>OFFICER JOHN DOE, et al.<br>*Defendants.* | § § § § § § § | CIVIL ACTION NO.<br>4:17-CV-02830 |

### ORDER

On the 19th day of April, 2018, came on to be heard the Motion to Dismiss filed by Defendants Harris County, Harris County Sheriff's Office, former Sheriff Ron Hickman, and Officer John Doe pursuant to Rule 12(b)(6), FED. R. CIV. P. The Court, having considered the Motion, Response and the arguments of counsel, if any, is of the opinion that the said Motion should be, in all respects, GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claim against Defendant Harris County Sheriff's Office is hereby dismissed with prejudice on the ground that Plaintiffs have sued an improper party.

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against former Sheriff Ron Hickman and Officer John Doe in their Official Capacity are hereby dismissed with prejudice as redundant of Plaintiffs' claim against Harris County.

ORDERED, ADJUDGED AND DECREED that all state law claims asserted by Plaintiffs against all Defendants are hereby dismissed with prejudice. It is further,

ORDERED, ADJUDGED AND DECREED that punitive damages claim asserted by Plaintiffs against Defendants Harris County, Harris County Sheriff's Office and Ron Hickman are hereby dismissed with prejudice.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 19th day of April, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE